Opinion issued May 13, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00932-CV

_____

**LISA CARMICLE, Appellant**

**V.**

**GRACELAND PROPERTIES LLC, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-39126**

---

### MEMORANDUM OPINION[1]

Appellant, Lisa Carmicle, has neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX.

---

[1] The opinion in this case was dated to issue April 10, 2025. The judgment issued April 10, 2025, but the opinion did not issue until April 25, 2025. We withdraw the opinion issued April 25, 2025 and the judgment issued April 10, 2025, and issue this substitute opinion and judgment in their stead.

GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.